# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BOBBY CARL TERRICK

NO. 2022 KW 0801

**SEPTEMBER 12, 2022**

---

In Re:   Bobby Carl Terrick, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 21-WCR-686.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

JEW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

*a.Sw*

---
DEPUTY CLERK OF COURT
FOR THE COURT